COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels
Nelson Coleman Corr. Center DOC No. 187611
B4-803B
5061 Hwy 3127
Killona LA 70057

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 20, 2019

## REHEARING ACTION: November 20, 2019

**Docket Number: 18   00404-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. CR-2017-F-1715**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Van H. Kyzar**
> **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Donald Runnels** is:

> **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-
> 18.7; Uniform Rules—Courts of Appeal, Rule 2-12.2(C).

cc: Herbert Todd Nesom, Counsel for  the Respondent